130 So.2d 241

**Willie BUTLER**

v.

**CITY OF BIRMINGHAM.**

6 Div. 688.

Court of Appeals of Alabama.

Dec. 13, 1960.

Rehearing Denied Jan. 17, 1961.

Arthur D. Shores and Orzell Billingsley, Jr., Birmingham, for appellant.

J. M. Breckenridge and Jas. G. Adams, III, Birmingham, for appellee.

PRICE, Judge.

Motion to strike transcript of evidence granted and affirmed on authority of White v. City of Birmingham, ante, p. 181, 130 So. 2d 231.

Certiorari denied, 272 Ala. 702, 130 So.2d 242.

130 So.2d 241

**Johnny C. COLLINS**

v.

**CITY OF BIRMINGHAM.**

6 Div. 687.

Court of Appeals of Alabama.

Dec. 13, 1960.

Rehearing Denied Jan. 17, 1961.

Arthur D. Shores and Orzell Billingsley, Jr., Birmingham, for appellant.

J. M. Breckenridge and Jas. G. Adams, III, Birmingham, for appellee.

HARWOOD, Presiding Judge.

Motion to strike transcript of evidence granted and affirmed on authority of White v. City of Birmingham, ante, p. 181, 130 So. 2d 231.

Certiorari denied, 272 Ala. 702, 130 So.2d 241.

133 So.2d 508

**COOSA VALLEY TELEPHONE CO.**

v.

**Raymond F. COX.**

7 Div. 622.

Court of Appeals of Alabama.

Jan. 17, 1961.

Rehearing Denied Feb. 7, 1961.

Reversed on Mandate Oct. 3, 1961.

Moore, Thomas, Taliaferro, Forman & Burr, Birmingham, for appellant.

Starnes & Holladay, Pell City, for appellee.

PRICE, Judge.

Under the authority of Coosa Valley Telephone Company v. Martin, ante, p. 394, 133 So.2d 502, the judgment below is due to be affirmed.

Reversed and remanded on authority of Coosa Valley Telephone Company v. Cox, 272 Ala. 702, 133 So.2d 509.